AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00178 |
| Dean Harshman | ) | Assigned to: Judge Meriweather, Robin M. |
| | ) | Assign Date: 7/24/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Dean Harshman                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstructing or Impeding An Official Proceeding;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     07/28/2023

2023.07.28
12:59:25 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Dean Harshman

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 7/11/1987

Social Security number: 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

Height:            Weight:

Sex:            Race:

Hair:            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 2128-500550

Complete description of auto:

Investigative agency:       Federal Bureau of Investigation

Investigative agency address:       FBI Cincinnati, JTTF

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Dean Harshman<br>DOB: 07/11/1987<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00178
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/24/2023
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstructing or Impeding An Official Proceeding, |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Ronald H. Willison, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____07/28/2023_____

2023.07.28
12:58:01 -04'00'

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Ronald H. Willison is a a Task Force Officer with the FBI'S Joint Terrorism Task Force. In my duties as a Task Force Officer, I investigagate threats and acts of terrorism. Currently, among other duties, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### DEAN ROBERT HARSHMAN's Identification

On or about January 29, 2022, the FBI received at least two tips identifying DEAN ROBERT HARSHMAN as a participant in the riot at the U.S. Capitol on January 6, 2021. Photographs obtained by the FBI depict the individual identified as HARSHMAN along with others, outside and inside the U.S. Capitol Building on January 6, 2021. *See* Images 1–3. The individual identified as HARSHMAN appears as a bearded, white, male who was wearing a light gray Cabela's sweatshirt with dark gray sleeves, green backpack, and blue jeans.



**Image 1**

2



**Image 2**



**Image 3**

The FBI conducted interviews with two of HARSHMAN's daily associates with whom he frequently interacts. Those individuals were provided the above images and asked if they could

identify the person depicted. Both individuals interviewed positively identified HARSHMAN as the indicated subject in the photos.

**Search of HARSHMAN's iCloud Account**

The FBI compared photographs of HARSHMAN with publicly-available media, including open-source video and U.S. Capitol Police surveillance video (CCTV). Subsequent investigation revealed multiple photos and videos of HARSHMAN inside and outside of the Capitol Building, many of which depict HARSHMAN holding up a cell phone, as if filming.

Open-source research and legally obtained subscriber information revealed a Verizon phone number 937-581-5441 with a registered name of Dean Harshman, mailing address 4861 Harveysburg Rd., Waynesville, Ohio 45068. Open-source research and legally obtained subscriber information also revealed an email address associated with HARSHMAN—dean.harshman@yahoo.com. According to subscriber records obtained from Apple for logon ID dean.harshman@yahoo.com and the phone number ending in 5441, the following device is associated with HARSHMAN's Apple ID/account: IPHONE 8 SPACE GRAY 64GB VZ, Device Type ICC, 4GE, IMEI #353219107679812, DEVICE ID 89148000005551055270.

On March 20, 2023, a federal search warrant was served on Apple authorizing a search of an iCloud account associated with the Apple ID dean.harshman@yahoo.com. The search of HARSHMAN's iCloud account revealed multiple videos and photos captured by HARSHMAN's cell phone in Washington, D.C., and at the U.S. Capitol on January 6, 2021, as well as external images that HARSHMAN saved to his account.

On January 5, 2021, HARSHMAN saved two images to his iCloud account regarding the 2020 Presidential Election and the upcoming January 6, 2021 "Stop the Steal" rally concerning the certification of the 2020 Presidential election in support of then-President Donald Trump. *See* Images 4 and 5.

3 hours ago- and they're still coming!
Stop The Steal!



**Image 4**



**Image 5**

**HARSHMAN's Involvement in Events of January 6, 2021**

Several videos filmed by the defendant depict the defendant attending the "Stop the Steal" rally before walking to the Capitol. In one of HARSHMAN's videos, an individual on a megaphone can be heard saying, "Directly after Trump's speech we will be going to the Capitol. We will be going *inside* the Capitol Building." In another of HARSHMAN's videos, HARSHMAN, while walking away from the rally, can be heard saying, "This is a historic march to the Capitol."

Starting at around 12:50 p.m. EST, HARSHMAN began filming a series of videos documenting the mob's progress towards and into the Capitol. As he began filming near Capitol Grounds, HARSHMAN remarked, "D.C. police officers standing guard in front of our House," as he filmed the Capitol's restricted perimeter, including bike rack barriers, snow fencing, and "Area Closed" signs. *See* Image 6.



**Image 6**

In videos filmed by HARSHMAN showing rioters advancing past security barriers near the Peace Circle area and the Pennsylvania Walkway toward the Capitol Building, HARSHMAN shouts, "This is the stuff they ain't gonna show you on TV!" and "We're taking our House back!" *See* Image 7.



**Image 7**

In one of these videos, HARSHMAN pans the camera down to focus on an "Area Closed" sign on the ground and shouts, "Area is NOT closed!" as he steps on the sign. *See* Image 8.



**Image 8**

HARSHMAN's videos show that he then made his way to the Upper West Plaza, where he stood near a line of police officers, conversed with other rioters about the law enforcement presence and the need to push past officers, and filmed police deploying pepper balls into the mob. *See* Images 9 and 10.



**Image 9**



**Image 10**

At one point, HARSHMAN can be heard saying, "They just threw a flashbang at us," and "I'm not leavin'." The crowd later starts to chant, "Stand down, stand down" at the police. As the mob grew rowdier, HARSHMAN filmed police deploying flashbangs and tear gas into the crowd. *See* Images 11 and 12.

 

**Image 11**               **Image 12**

Soon thereafter, HARSHMAN filmed the mob as it ascended a flight of stairs leading to the Capitol's Upper West Terrace and Northwest Courtyard. *See* Image 13 and 14.

 

**Image 13**                           **Image 14**

Video that HARSHMAN recorded, as well as Capitol CCTV, shows that, at approximately 2:20 p.m., HARSHMAN entered the U.S. Capitol Building through the broken-open Senate Wing Door. *See* Images 15 and 16.



**Image 15**

10



**Image 16**

HARSHMAN began to walk through the building and made his way to the U.S. Capitol Crypt. *See* Images 17, 18, and 19.



**Image 17**

11



**Image 18**



**Image 19**

At some point thereafter, HARSHMAN entered and filmed inside a nearby office. *See* Image 20.

12



**Image 20**

HARSHMAN, after being in the Capitol for approximately 15 minutes, returned to the Senate Wing Door interior and queued up to eventually exit the Capitol through a broken window at approximately 2:35 p.m. *See* Image 21.



**Image 21**

13

In the evening on January 6, 2021, HARSHMAN saved an additional image to his iCloud account regarding the Electoral College certification. *See* Image 22.





**Image 22**

On January 7, 2021, HARSHMAN saved images of a Twitter.com post concerning Vice President Pence and an article titled "Trump Supporters Storm U.S. Capitol, Clash with Police." *See* Images 23 and 24.



**Image 23**                               **Image 24**

Based on the foregoing, your affiant submits that there is probable cause to believe that HARSHMAN violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

Your affiant submits there is probable cause to believe that HARSHMAN violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

15

Finally, your affiant submits there is also probable cause to believe that HARSHMAN violated 40 U.S.C. § 5104(e)(2)(D) & (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Ronald H. Willison, TFO
FBI Cincinnati, JTTF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of July 2023.

2023.07.28
13:00:42 -04'00'

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

16

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [x] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**

SOUTHERN DISTRICT OF OHIO @ CINCINNATI, OH

Name and Office of Person Furnishing Information on THIS FORM

Kenneth L. Parker

[X] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Timothy S. Mangan

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Ron Willison – FBI TFO

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:  [ ] U.S. Att'y  [ ] Defense

SHOW DOCKET NO.

[ ] this is prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

*Place of offense*  *Southern District of Ohio*
[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

### DEFENDANT U.S. vs.

Dean Harshman

Address: 4861 Harveysburg Rd. Waynesville OH 45068

Birth Date: 7/11/1987  [x] Male  [ ] Female  [ ] Alien (if applicable)

Social Security Number

### DEFENDANT

**IS NOT IN CUSTODY**

1) [x] Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ➡

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges } [ ] Fed'l  [ ] State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No  If "Yes" give date filed }

**DATE OF ARREST** ➡ 07/31/2023
Or...if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** 'Z

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Arrest Warrant Needed  [ ] Yes  [x] No

Case to be sealed  [ ] Yes  [x] No

**Issued by D.C. Circuit Court**          **NO NOTICE NEEDED**

**Defense Attorney** (If known):

**Charge/Citation/Count Number(s): SEE ATTACHED**

**MONDAY JULY 31, 2023**

**Defendant:**        **Adrian Schmidt**

**AUSA:**                **Timothy S. Mangan**
**Rep. by:**            **TBD**

**COUNT 1**

| | |
|---|---|
| **Obstruction of Official Proceeding** | **Up to 20 Years Imprisment; Up to 3 Years Term of Supervised Release; Up to 5 years probation $250,000 Fine; Special Assessment of $100;** |
| **18 U.S.C. 1512(c)(2)** | |

**Felony**

**COUNT 2**

| | |
|---|---|
| **Entering and Remaining In a Restricted Building Or Grounds** | **Up to 1 Year Imprisment; 1 Year Term of Supervised Release; Up to 5 years probation $100,000 Fine; Special Assessment of $25;** |
| **18 U.S.C. 1752(a)(1)** | |

**Misdemeanor**

**COUNT 3**

| | |
|---|---|
| **Disorderly and Disruptive Conduct in a Restricted Building or Grounds** | **Up to 1 Years Imprisment; 1 Year Term of Supervised Release; Up to 5 years probation $100,000 Fine; Special Assessment of $25;** |
| **18 U.S.C. 1752(a)(2)** | |

**Misdemeanor**

**COUNT 4**

| | |
|---|---|
| **Disorderly Conduct in A Capitol Building** | **Up to 6 Months Imprisment; 1 Year Term of Supervised Release; Up to 5 years probation $5,000 Fine; Special Assessment of $10;** |
| **40 U.S.C. 5104(e)(2)(D)** | |

**Misdemeanor**

**COUNT 5**

| | |
|---|---|
| **Parading, Demonstrating, Or Picketing in a Capitol Building** | **Up to 6 Months Imprisment; 1 Year Term of Supervised Release; Up to 5 years probation $5,000 Fine; Special Assessment of $10;** |
| **40 U.S.C. 5104(e)(2)(G)** | |

**Misdemeanor**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Case: 1:23-mj-00178
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/24/2023
Description: COMPLAINT W/ ARREST WARRANT

**UNITED STATES OF AMERICA** :
:
**v.** :
:
:
:
**DEAN HARSHMAN** :
:
:
**Defendant.** :
:
:
:
:
:
:
:
:
:
:
:
:

**VIOLATIONS:**

**18 U.S.C. § 1512(c)(2) (Obstructing or
Impeding An Official Proceeding)**

**18 U.S.C. § 1752(a)(1) (Entering and
Remaining in a Restricted Building or
Grounds)**

**18 U.S.C. § 1752(a)(2) (Disorderly and
Disruptive Conduct in a Restrictive
Building or Grounds)**

**40 U.S.C. § 5104(e)(2)(D)
(Disorderly Conduct in a Capitol
Building)**

**40 U.S.C. § 5104(e)(2)(G)
(Parading, Demonstrating, or Picketing in
a Capitol Building)**

**<u>ORDER</u>**

This matter having come before the Court pursuant to the application of the United States

to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the

disclosure will result in flight from prosecution, destruction of or tampering with evidence,

intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has

established that a compelling governmental interest exists to justify the requested sealing.

1.     IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that

the affidavit in support of criminal complaint and other related materials, the instant application to

seal, and this Order are sealed until the arrest warrant is executed.

2.     IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

1

public docket of the arrest warrant until it is executed.

Date:   July 28, 2023

2023.07.28
13:00:04 -04'00'

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

2